**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**OFFICE OF THE CLERK**

Felicia C. Cannon, Clerk                                    Reply to Southern Division Address
Jarrett B. Perlow, Chief Deputy
Elizabeth B. Snowden, Chief Deputy

April 30, 2012

Re: 8:12−cv−01289−RWT

Dear Counsel/Party,

Your Complaint − #1
Motion for Discovery − #3 was received on 4/27/2012 and is deficient for the following
reason(s):

- Each document must be scanned individually into separate PDF documents. Your
  documents were scanned into a single PDF. Court staff has re−scanned them so that
  the documents could be electronically filed.

**All further filings in this case <u>must</u> be made in accordance with the policies and
procedures of this Court on electronic filing.** Those policies and procedures are
available on the Court's website at www.mdd.uscourts.gov. If you are not registered for
CM/ECF, you should register immediately through our Court's website. Please be advised
that any future filings that are not made in compliance with this Court's procedures may be
rejected.

Very truly yours,

_____/s/_____

R. Smith for
Felicia C. Cannon, Clerk

ECF Warning letter (Rev. 10/2011)

Northern Division ° 4415 U.S. Courthouse ° 101 W. Lombard Street ° Baltimore, Maryland 21201 ° 410−962−2600
Southern Division ° 240 U.S. Courthouse ° 6500 Cherrywood Lane ° Greenbelt, Maryland 20770 ° 301−344−0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**